IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAULA BELL, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | No. 15-6570 |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant. | : | |

FILED
OCT 06 2016
LUCY V. CHIN, Interim Clerk
By_____Dep. Clerk

ORDER

J. CURTIS JOYNER, J.

AND NOW, this 5th day of October, 2016, upon consideration of Plaintiff's request for review, and Defendant's Uncontested Motion to Remand, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Commissioner's Motion to Remand is GRANTED; and

3. The matter is remanded to the Commissioner for further review consistent with the Report and Recommendation.

BY THE COURT:

J. CURTIS JOYNER, J.
UNITED STATES DISTRICT COURT